## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL RUBIN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INNOCOLL HOLDINGS PUBLIC LIMITED COMPANY, ANTHONY P. ZOOK, JONATHAN SYMONDS, SHUMEET BANERJI, DAVID R. BRENNAN, A. JAMES CULVERWELL, ROLF D. SCHMIDT, and JOSEPH WILEY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 2:17-cv-02066-NIQA |

## **NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Michael Rubin, by and through his undersigned counsel, hereby voluntarily dismisses this action without prejudice, with each party to bear its own costs, expenses and attorneys' fees.  No defendant in this action has answered or filed for summary judgement and a class has not been certified.

DATED: August 2, 2017                              Respectfully submitted,

                                                              By:   */s/ Evan J. Smith*
                                                                      Evan J. Smith (PA Bar No. 79032)
                                                                      Marc L. Ackerman (PA Bar No. 56294)
                                                                      BRODSKY & SMITH, LLC
                                                                      Two Bala Plaza, Suite 602
                                                                      Bala Cynwyd, PA 19004

Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
WEISSLAW LLP
1500 Broadway, 16th Floor
New York, NY 10036

*Attorneys for Plaintiff Michael Rubin*